IN THE UNITED STATES DISTRICT COURT IN THE DISTRICT OF KANSAS,
AT TOPEKA, KANSAS

| | |
|---|---|
| GRACE HWANG, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Case No.: 5:11-cv-04185-EFM KMH |
| | ) |
| KANSAS STATE UNIVERSITY, | ) |
|     Defendants. | ) |
| | ) |
| _____ | ) |

**PLAINTIFF HWANG'S MOTION TO CONSIDER OUT OF TIME, HER RESPONSE TO UNIVERSITY'S SECOND MOTION TO STAY RULE 26 ACTIVITIES**

Plaintiff Grace Hwang moves this court to consider her response (Court Doc. 32) out of time to the University's motion to stay discovery (Court Doc. 31).

1. Hwang brings this motion because her response was inadvertently filed out of time due to clerical error.

2. Hwang's delay is due to excusable neglect.

3. THE University opposes this motion

    In support of her motion, Ms. Hwang refers the court to its memorandum in support filed concurrently.

    Respectfully submitted,

By: s/Luanne Leeds
**LUANNE LEEDS,** #22774
515 SW Horne, Suite 201
Topeka, KS 66606
(785) 354-0727
FAX (785) 354-0736
leedslua@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the 8th day of July, 2012, the above and foregoing was electronically filed with the clerk of the court by using the CM-ECF system, which will send notice of electronic filing to the following:

Peter J. Paukstelis, #17482
petepauk@ksu.edu
Attorney for Defendant Kansas State University


  s/Luanne Leeds
**LUANNE LEEDS**, #22774